# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

UNITED STATES OF AMERICA    )
)
)
v.    )    CR625-011
)
JEFFERY JAMES TAYLOR    )

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FEB 13 2026

FILED

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Troy W. Marsh, Jr.** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Troy W. Marsh, Jr.** be granted leave of absence for the following periods: March 26, 2026 through March 29, 2026; June 10, 2026 through June 14, 2026; and October 14, 2026 through October 18, 2026.

**SO ORDERED**, this the __13th__ day of February, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA